IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SOEHNGEN,

       Plaintiff,                    No.  CIV S-06-2050 MCE KJM PS

    vs.

ROBERT WOOLRIDGE, et al.,

       Defendants.             ORDER

                                  /

          Plaintiff is proceeding in this action pro se.  Although plaintiff alleges diversity as a basis of jurisdiction, there is no apparent diversity of parties evident in the complaint.  Plaintiff also alleges this action is brought under 42 U.S.C. § 1983.  The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

          In this case, the action involves claims related to property located in Martinez, California,  which is in the Northern District of California.  Therefore, plaintiff's claim should

1

1 have been filed in the United States District Court for the Northern District of California. In the
2 interest of justice, a federal court may transfer a complaint filed in the wrong district to the
3 correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
4 1974).
5     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6 United States District Court for the Northern District of California.
7 DATED: October 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
soehngen.tra