1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE SOEHNGEN,

11            Plaintiff,                        No.  CIV S-06-2050 MCE KJM PS

12        vs.

13   ROBERT WOOLRIDGE, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff is proceeding in this action pro se.  Although plaintiff alleges diversity as

17   a basis of jurisdiction, there is no apparent diversity of parties evident in the complaint.  Plaintiff

18   also alleges this action is brought under 42 U.S.C. § 1983.  The federal venue statute requires

19   that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial

20   district where any defendant resides, if all defendants reside in the same State, (2) a judicial

21   district in which a substantial part of the events or omissions giving rise to the claim occurred, or

22   a substantial part of property that is the subject of the action is situated, or (3) a judicial district in

23   which any defendant may be found, if there is no district in which the action may otherwise be

24   brought."  28 U.S.C. § 1391(b).

25            In this case, the action involves claims related to property located in Martinez,

26   California,  which is in the Northern District of California.  Therefore, plaintiff's claim should

1

1   have been filed in the United States District Court for the Northern District of California.  In the

2   interest of justice, a federal court may transfer a complaint filed in the wrong district to the

3   correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

4   1974).

5          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

6   United States District Court for the Northern District of California.

7   DATED:  October 2, 2006.

8

9   _____
    UNITED STATES MAGISTRATE JUDGE

10

11

12

    006
13  soehngen.tra

14

15

16

17

18

19

20

21

22

23

24

25

26